AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**02/11/2020**
**Clerk, U.S. District Court**
**Western District of Texas**

By:_____ **RRV**_____

**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:20-M -00861(1) - MAT |
| | § | |
| (1) CHRISTHOPHER JASON DARIEM | § | |
| CARRANZA-HERNANDEZ | | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 10, 2020** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
*"The DEFENDANT, Christhopher Jason Dariem CARRANZA-Hernandez, an alien to the United States and a citizen of Guatemala was found approximately 1 mile east of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Rangel, Jorge L
Border Patrol Agent

02/11/2020
File Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:20-M -00861(1)

WESTERN DISTRICT OF TEXAS

(1) CHRISTHOPHER JASON DARIEM CARRANZA-HERNANDEZ

FACTS   (CONTINUED)

From statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  Defendant has been previously removed from the United States to Guatemala on May 4th, 2018 through Phoenix, AZ.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time(s), the last one being to GUATEMALA on May 4, 2018, through PHOENIX, AZ

CRIMINAL HISTORY:
NONE